WALLACE v. THIRD AVE. R. CO. (Supreme Court, Appellate Division, First Depart-

ment. February 17, 1899.) Action by Mary Wallace against the Third Avenue Railroad Company. No opinion. Motion denied, with $10 costs.